UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LORETTA DiBRINO

V                                                          3:01cv2407JCH

ANTHONY J. PRINCIPI,
SECRETARY OF VETERANS
AFFAIRS

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 5, 2003, issued a Ruling on Defendant's Motion for Summary Judgment, granting the motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 9th day of January, 2003.

KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
          Deputy Clerk

Entered on Docket _____