FILED

2004 JAN 26  P 1:26

UNITED STATES DISTRICT COURT
BRIDGEPORT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORETTA DiBRINO | |
| VS. | NO. 3:01CV2407(JCH) |
| ANTHONY J. PRINCIPI, SECRETARY OF VETERANS AFFAIRS | JANUARY 23, 2004 |

## APPEAL

The plaintiff appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered against her on January 9, 2003, attached hereto.

THE PLAINTIFF

BY _____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LORETTA DiBRINO

V                                           3:01cv2407JCH

ANTHONY J. PRINCIPI,
SECRETARY OF VETERANS
AFFAIRS

### JUDGMENT

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on January 5, 2003, issued a Ruling on Defendant's Motion for Summary Judgment, granting the motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 9th day of January, 2003.

KEVIN F. ROWE, Clerk

By __/s/Catherine Boroskey_____
       Deputy Clerk

Entered on Docket _____

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to William M. Brown, Jr., Esq., Assistant United States Attorney, 157 Church Street, New Haven, CT 06508.

JOHN R. WILLIAMS