UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LORETTA DiBRINO | : | |
| | : | DISTRICT COURT |
| VS. | : | NO. 3:01CV2407(JCH) |
| | : | |
| ANTHONY J. PRINCIPI, | : | |
| SECRETARY OF VETERANS AFFAIRS | : | USCA DOCKET NO. |

## INDEX TO RECORD ON APPEAL

DOCUMENT NO.

### VOLUME I

| | |
|---|---|
| Certified Copy of Docket Sheet | 1 |
| Complaint, filed 12/26/01 (Doc. # 1) | 2 |
| Answer and Affirmative Defenses, filed 2/27/02 (Doc. # 8) | 3 |
| Amended Answer and Affirmative Defenses, filed 6/5/02 (Doc. # 19) | 4 |
| Amended Complaint, filed 6/24/02 (Doc. # 21) | 5 |
| Second Amended Answer, filed 7/16/02 (Doc. # 23) | 6 |
| Motion for Summary Judgment, filed 3/3/03 (Doc. # 26) | 7 |
| Memorandum, filed 3/3/03 (Doc. # 27) | 8 |
| Statement of Material Facts, filed 3/3/03 (Doc. # 28) | 9 |
| Memorandum, filed 4/9/03 (Doc. # 30) | 10 |

| | |
|---|---|
| Statement of Material Facts, filed 4/9/03 (Doc. # 31) | 11 |
| Reply, filed 4/23/03 (Doc. # 32) | 12 |
| Order, filed 1/5/04 (Doc. # 33) | 13 |
| Judgment, filed 1/9/04 (Doc. # 34) | 14 |
| Notice of Appeal, filed 1/26/04 (Doc. # 35) | 15 |

Clerk's Certificate