# DISTRICT OF CONNECTICUT BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE:  February 6, 2004          TO:     Intake Clerk

                                 FROM:   Judith D. Fazekas (203) 579-5951

FILED

CASE TITLE:       DiBrino v. Dept. of Veterans Affairs          2004 FEB 25  P 1:39

DOCKET NO.:       3:01CV2407(JCH)

NOTICE OF APPEAL:  filed: January 26, 2004

APPEAL FROM:      final judgment: YES

                  interlocutory: __

                  other: __

DOCKET SHEET:     Attorney, updated address & phone number for each party  Y

                  All parties are listed on Docket Sheet
                  (Including Third Parties)  Y

                  All docket entries and dates are included  Y

FEE STATUS:       Paid  ✓       Due _____  N/A _____

                  IFP revoked _____        Application Attached _____

                  IFP pending before district judge ___

COUNSEL:          CJA _____     Retained  ✓        Pro Se _____

TIME STATUS:      Timely  ✓      Out of Time _____

MOTION FOR
EXTENSION OF TIME: Granted _____   Denied _____

COA:              Granted _____    Denied _____

COMMENTS AND CORRECTIONS:

_____

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley a. Harden_____ DATE: 02/19/04
                  DEPUTY CLERK, USCA